# West Suburban Conference

**GOLD DIVISION**
Addison Trail
Downers Grove South
Hinsdale South
Leyden
Morton
Proviso East
Willowbrook



**SILVER DIVISION**
Downers Grove North
Glenbard West
Hinsdale Central
Lyons Township
Oak Park/River Forest
Proviso West
York

*This certifies that* ~~Brendan Savage~~

*has been selected by the coaches as a member of the West Suburban All Conference* **Basketball** *Team, for outstanding performance during the* **2022·2023** *school year.*

_____
Coach

_____
Athletic Director

# HINSDALE SOUTH ATHLETICS
## Athlete of the Week

Congratulations ~~Brendan Savage~~

Hinsdale South Athlete of the Week

January 30, 2023 – February 4, 2023

*Athletic Director*



# Class 3A Shooting Order



### Group 1

| Order | Player, School | Prelims | Tie |
|---|---|---|---|
| 1 | Jonah Weathers (So.), Chicago Heights (Marian) | | |
| 2 | Logan Sluder (Jr.), Normal (Community West) | | |
| 3 | Logan Wilson (Sr.), Rochester | | |
| 4 | Oliver Nilsun (Sr.), Deerfield | | |
| 5 | Elijah Fields (Jr.), Darien (Hinsdale South) | | |
| 6 | Owen Kyhl (Jr.), Chicago (St. Ignatius) | | |
| 7 | Brendan Savage (So.), Darien (Hinsdale South) | | |

### Group 2

| Order | Player, School | Prelims | Tie |
|---|---|---|---|
| 1 | Elijah Curtis (Sr.), Chatham (Glenwood) | | |
| 2 | Bryce Lucas (Jr.), Lake Villa (Lakes) | | |
| 3 | Matthew Sims (Sr.), Chicago (Westinghouse) | | |
| 4 | Michael Worner (Sr.), Peoria (Richwoods) | | |
| 5 | Jack Wajda (Sr.), New Lenox (Providence Catholic) | | |
| 6 | Zach Hewett (Sr.), Rockford (Boylan) | | |
| 7 | Mason Loucks (Sr.), Crystal Lake (Prairie Ridge) | | |
| 8 | Bristol Louis (Jr.), Geneseo | | |

12/06/21

# BRENDAN SAVAGE



Congratulations to our Athlete of the Week Brendan Savage. Playing up on varsity, Brendan has been outstanding for a young Hornets team. He keeps getting better each and every game, and that showed this past Saturday, as he put up 22 points in a big home win against rival Downers Grove South. Brendan has also been a role model teammate, and one of the hardest workers in the program. Great job Brendan! Congratulations on a great week!

# West Suburban Conference



**GOLD DIVISION**
Addison Trail
Downers Grove South
Hinsdale South
Leyden
Morton
Proviso East
Willowbrook

**SILVER DIVISION**
Downers Grove North
Glenbard West
Hinsdale Central
Lyons Township
Oak Park/River Forest
Proviso West
York

*This certifies that* ~~Birenchana Sowmya~~ *has been selected by the coaches as a member of the West Suburban All Conference* **Basketball** *Team, for outstanding performance during the* **2021·2022** *school year.*

_____
Coach

_____
Athletic Director