

*A Tradition of Excellence*

June 14, 2023

**VIA Email and Regular Mail Delivery**

Kevin and Erin Savage


*This letter contains confidential information and is intended only for the individuals named above.*

Dear Mr. and Mrs. Savage:

This letter serves as the Superintendent's written decision to the complaint you made on May 7, 2023 alleging teacher Michael Moretti has bullied your son Brendan in violation of Board Policy 7:180, *Prevention of and Response to Bullying, Intimidation, and Harassment*. Cheryl Moore, Assistant Superintendent of Human Resources, as one of the District's Complaint Managers, completed an investigation into your complaint and issued an investigation report to me pursuant to Board Policy 2:260, *Uniform Grievance Procedure*. Board Policy 2:260 directs that all decisions shall be based on a preponderance of the evidence standard.

I have carefully reviewed the substance of the investigation and have determined that the preponderance of the evidence does not substantiate that Mr. Moretti bullied your son Brendan in violation of Board Policy 7:180. However, Ms. Moore's investigation did substantiate that Mr. Moretti's interactions and communication with your son have been inappropriate and inconsistent with the high standards of professionalism expected of all employees under Board Policy 5:120, *Employee Ethics; Code of Professional Conduct; and Conflict of Interest*. I will be directing Ms. Moore and Principal Dr. Hardy to further address this finding with Mr. Moretti.

Please note, the District takes all complaints seriously and takes necessary measures to maintain a positive educational and working environment for all students and staff. I appreciate your willingness to openly communicate your concerns so that we can continue to foster positive relationships amongst teachers, students, parents, and administrators. Further, please be advised that the District does not tolerate any form of retaliation because you have made this complaint. If you or Brendan experience any retaliation as a result of your complaint, please notify Ms. Moore immediately.

(continued on next page)

*A Tradition of Excellence*

This decision may be appealed to the Board of Education for a record review. To appeal this decision, a written request for Board review must be submitted to Ms. Moore within ten (10) school business days of receipt of this letter.

Sincerely,

*Chris Covino*

Dr. Chris Covino
Acting Superintendent